UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

REGUS MANAGEMENT GROUP, LLC, a
Delaware limited liability company, and RGN-
NEW YORK XLI, LLC, a Delaware limited
liability company,

                     Plaintiffs,

-against-

JULIAN PEREZ, ALLISON MCCARTHY,
ARIEL ALCANTARA, and HEAVY GRIND
STUDIO, LLC, a New York limited liability
company,

                     Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

Case No. 19-cv-6766 (VEC) (KHP)

**DEFAULT JUDGMENT**

The Court has before it all prior papers and proceedings herein.

Plaintiffs, Regus Management Group, LLC, and RGN-New York XLI, LLC's, Complaint was filed as Dkt. No. 1 on July 19, 2019.

Service of process on Defendant, Heavy Grind Studio, LLC was effected on August 8, 2019, and proof of service was filed on October 25, 2019 as Dkt. No. 30 upon the docket of the case before this Court.

On October 28, 2019, the Clerk of this Court entered and filed a Clerk's Certificate of Default stating that no Answer has been filed by Defendant, Heavy Grind Studio, LLC in this matter.

Plaintiffs filed a Declaration in Support of Default Judgment on January 9, 2020, along with the exhibits annexed thereto.

On January 13, 2020, the Court issued an order directing defendant to show cause by the 21 day of February, 2020 why a default judgment should not be entered in favor of Plaintiffs.

To date, Defendant, Heavy Grind Studio, LLC has failed to respond to the January 13, 2020 Order.

Accordingly, pursuant to Fed.R.Civ.P. 55(b)(2), it is hereby

ORDERED that a default judgment is entered in this action against the Defendant, **HEAVY GRIND STUDIO, LLC**, the amount to be determined after proceedings against individual Defendants Perez, McCarthy, and Alcantara have concluded.

Dated: ____February 21, 2020_____      _____
                                         Honorable Valerie E. Caproni
                                         United States District Judge