UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REGUS MANAGEMENT GROUP, LLC,
a Delaware limited liability company, and
RGN-NEW YORK XLI, LLC, a Delaware
limited liability company,

                Plaintiffs,

  -against-

JULIAN PEREZ, ALLISON MCCARTHY,
ARIEL ALCANTARA, and HEAVY GRIND
STUDIO, LLC, a New York limited liability
company,

                Defendants.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 04/02/2020

**SETTLEMENT CONFERENCE**
**RESCHEDULE ORDER**

**19-CV-6766 (VEC) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter currently scheduled for Tuesday, April 7, 2020 at 10:00 a.m. is rescheduled to **Thursday, June 25, 2020 at 11:00 a.m.** The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. The Court will review procedures and then talk separately with each side by phone. The parties and their counsel must be available by phone from 11:00 a.m. to 5:00 p.m. so that the court can have more than one ex parte conversation with each side as needed. Each side shall establish its own conference call line to remain open during the settlement conference so that the court can join and re-join as needed. To ensure confidentiality, each side shall provide the court with the dial-in number and passcode for its conference line via an ex parte email to Parker_NYSDChambers@nysd.uscourts.gov

**SO ORDERED.**

Dated: April 2, 2020
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge