```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REGUS MANAGEMENT GROUP, LLC,
a Delaware limited liability company, and
RGN-NEW YORK XLI, LLC, a Delaware
limited liability company,

                Plaintiffs,

  -against-

JULIAN PEREZ, ALLISON MCCARTHY,
ARIEL ALCANTARA, and HEAVY GRIND
STUDIO, LLC, a New York limited liability
company,

                Defendants.
-----------------------------------------------------------------X

**SETTLEMENT CONFERENCE ORDER**

19-CV-6766 (VEC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Settlement Conference in this matter is hereby scheduled for **Monday, September 21, 2020 at 2:00 p.m.** Counsel should call into the court conference line at the scheduled time.

**Please dial (866) 434-5269, Access Code: 4858267.**

SO ORDERED.

Dated: August 5, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge