

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/02/2020__

**MEMO ENDORSED**

Bradley J. Bartolomeo
77 Water Street, Suite 2100
New York, New York 10005
Bradley.Bartolomeo@lewisbrisbois.com
Direct: 212.232.1398

> **In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for <u>December 7, 2020</u> is hereby adjourned sine die.**
>
> **SO ORDERED:**
>
> *Katharine H Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> **12/02/2020**

December 1, 2020

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:   Regus Management Group, LLC, et al. v. Julian Perez, et al.
      <u>Case Number 19-cv-6766 (VEC)</u>

Dear Judge Parker:

Please accept this correspondence as notice that Plaintiffs Regus Management Group, LLC and RGN-New York XLI, LLC (together, "Regus") reached an agreement in principle to resolve all claims against the individual defendants, Julian Perez, Allison McCarthy, and Ariel Alcantara (the "Individual Defendants"). Those parties, through their respective counsel, are working together to complete details of the settlement and prepare a stipulation of settlement and consent to judgment documenting the settlement's terms and conditions.

As such, please accept this as Regus' Notice of Letter Motion pursuant to Your Honor's Individual Practice Rule I(f) seeking adjournment of the Settlement Conference scheduled for Monday, December 7, 2020 pursuant to Your Honor's September 18, 2020 Settlement Conference Order (Dkt. 80). Settlement counsel for the Individual Defendants has no objection to the granting of the relief sought herein.

We appreciate your consideration of this request and look forward to your response.

Respectfully,

*Bradley J. Bartolomeo*

Bradley J. Bartolomeo of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:   Defendants Perez, McCarthy, and Alcantara (via ECF)
      Philip Barber (via electronic mail)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA