```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REGUS MANAGEMENT GROUP, LLC,
a Delaware limited liability company, and
RGN-NEW YORK XLI, LLC, a Delaware
limited liability company,

                          Plaintiffs,

            -against-

JULIAN PEREZ, ALLISON MCCARTHY, and
ARIEL ALCANTARA,

                         Defendants.
-----------------------------------------------------------------X

19-CV-6766 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 21, 2020, the Court entered a default judgment against Defendant Heavy Grind Studio, LLC, in an amount to be determined after the conclusion of proceedings against individual Defendants Julian Perez, Allison McCarthy, and Ariel Alcantara (Dkt. 68);

    WHEREAS on December 1, 2020, the parties filed a letter to Magistrate Judge Parker indicating that the parties had reached an agreement in principle to resolve all claims against the individual Defendants and that the parties were working to complete the details of the settlement agreement and a consent judgment (Dkt. 83);

    WHEREAS as of the date of this order, the parties have not filed a stipulation of settlement or a consent judgment on the docket; and

    WHEREAS the Court is unclear whether the settlement with the individuals will also resolve the issue of the amount of the default judgment to be entered against Defendant Heavy Grind Studio, LLC;

IT IS HEREBY ORDERED that the Plaintiffs and individual Defendants must jointly file a stipulation of settlement and a consent judgment not later than **January 20, 2021.**

**SO ORDERED.**

Date:  January 5, 2021
       New York, New York

                    **VALERIE CAPRONI**
                    United States District Judge